UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                CASE NO.: 2:15-cr-45-FtM-38MRM

IAN ALTERS

_____

### ORDER[1]

Before the Court is Defendant Ian Alters' Unopposed Motion to Terminate Supervised Release Pursuant to FRCrP 32.1 and Title 18 U.S.C. § 3583(e)(1). (Doc. 397). For the below reasons, the Court grants the motion.

On May 2, 2016, Defendant Ian Alters entered a plea of guilty to Counts One and Eight of the Indictment; Count One charged Alters with Conspiracy to Possess With Intent to Distribute 100 Kilograms or more of Marijuana, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vii) and 846, and Count Eight charged him with Possession With Intent to Distribute Marijuana, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(D). The District Court accepted his guilty plea and, on August 16, 2016, sentenced Alters' to forty-months incarceration to be followed by four years of supervised release with the special conditions of random drug screens and participation in a substance abuse program. Alters was released from the Bureau

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

of Prisons on September 4, 2018 and immediately began his term of supervised release, which is set to expire on September 4, 2022.

Alters now petitions the Court for early termination of his supervised release so that he may enroll in classes at Florida Gulf Coast University, which he is unable to do while on supervision. Alters contends that he is eligible for early termination of his supervision because he has successfully completed two years of his supervised release and complied with all special conditions imposed by the Court with no violations of supervision.

United States Probation supports Alters' request for early termination of supervision. United States Probation Officer, Shamika Whitlock, confirms that Alters' has complied with all terms of his supervised release and successfully completing the special conditions of his supervision with no violations or positive urinalysis tests. She further advises that Alters has maintained a stable residence and stable employment while on supervision and poses no risk to the community. The Government does not oppose the Defendant's request for early termination of supervision.

Upon considering the factors in 18 U.S.C. § 3553(a), a court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and in the interest of justice[.]" 18 U.S.C. § 3583(e)(1).

After reviewing the pleadings and the record against the § 3553(a) factors, the Court finds the interest of justice and Defendant's conduct warrant terminating his supervised release.  The Court, therefore, grants the request and terminates Alters term of supervised release.

Accordingly, it is now

**ORDERED:**

1. Defendant Ian Alters' Unopposed Motion to Terminate Supervised Release Pursuant to FRCrP 32.1 and Title 18 U.S.C. § 3583(e)(1) (Doc. 397) is **GRANTED**.

2. Defendant's term of supervision **SHALL** terminate at midnight on October 7, 2020.

**DONE** and **ORDERED** in Fort Myers, Florida on October 5, 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record